**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **SIDNEY McBRIDE, III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 21-525** |
| **SHERIFF TIM SOIGNET, ET AL.** | **SECTION: "A"(3)** |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** as frivolous and/or for failing to state a claim upon which relief may be granted.

October 18, 2021

_____
**UNITED STATES DISTRICT JUDGE**